**David Rasheed ALI, Plaintiff–Appellant**

v.

**Nathaniel QUARTERMAN; Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Defendants–Appellees.**

No. 12–40145
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Jan. 4, 2013.

David Rasheed Ali, Tennessee Colony, TX, pro se.

---

John–Robert Skrabanek, Esq., Marjolyn Carol Gardner, Assistant Attorney General, Office of the Attorney General, Gerald O'Ryan Mcmillan, Office of The Attorney General, Austin, TX, for Defendants–Appellees.

Before SMITH, PRADO, and HIGGINSON, Circuit Judges.

PER CURIAM: *

David Rasheed Ali, Texas prisoner # 1077767, appeals from the district court's denial of the motion for temporary restraining order that he filed in this civil rights action. He also moves this court for an expedited appeal or, alternatively, for the appointment of counsel.

This court must examine the basis of its jurisdiction sua sponte if necessary. *Mosley v. Cozby*, 813 F.2d 659, 660 (5th Cir. 1987). Because Ali seeks to appeal the denial of a temporary restraining order, we lack jurisdiction to entertain the appeal. *See Faulder v. Johnson*, 178 F.3d 741, 742 (5th Cir.1999); *In re Lieb*, 915 F.2d 180, 183 (5th Cir.1990).

The district court is reminded of this court's prior directive that, on remand, it should reexamine Ali's motion for preliminary injunctive relief, filed in March 2009, as that motion concerns his claim challenging, pursuant to the Religious Land Use and Institutionalized Persons Act of 2000, the grooming policy of the Texas Department of Criminal Justice. *See Ali v. Quarterman*, 434 Fed.Appx. 322, 326 (5th Cir.2011).

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

APPEAL DISMISSED; MOTION DENIED.

UNITED STATES of America, Plaintiff–Appellee

v.

Jesus RUIZ–SANCHEZ, also known as Rafael Sanchez, Defendant–Appellant.

No. 12–40199
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Jan. 4, 2013.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Timothy William Crooks, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before STEWART, Chief Judge, and KING and CLEMENT, Circuit Judges.

published and is not precedent except under

PER CURIAM: *

Jesus Ruiz–Sanchez appeals his 41 month sentence following his guilty plea conviction for illegal presence in the United States after removal. He challenges the district court's finding that one of his prior convictions was a drug trafficking offense and the resulting imposition of a 16–level enhancement under the Sentencing Guidelines.

As an initial matter, the Government argues that Ruiz–Sanchez invited or waived this alleged error. Based on our review of the record, we conclude that defense counsel did not invite or waive the alleged error; however, because counsel failed to object on this basis in the district court, any error was forfeited and our review is for plain error. *See United States v. Arviso–Mata*, 442 F.3d 382, 384 (5th Cir.2006).

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.